**Samuel L. STEWART, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35601.**

Missouri Court of Appeals,
Western District.

Aug. 28, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 30, 1984.

Application to Transfer Denied
Jan. 15, 1985.

Shelley Swoyer, Jefferson City, for appellant.

John Ashcroft, Atty. Gen., George Cox, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and MAN-FORD, and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion to vacate conviction for kidnapping and rape, §§ 565.110 and 566.030, RSMo 1978, respectively, and concurrent sentences of fifteen years on the kidnapping charge and thirty years on the rape charge. See 615 S.W.2d 600 (Mo.App.1981).

Affirmed. Rule 84.16(b).